March 17, 1995 [NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 94-1586

ALFREDO HUALDE REDIN, ET AL.,

Plaintiffs, Appellants,

v.

FIRST FEDERAL SAVINGS BANK,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Raymond L. Acosta, U.S. District Judge]

Before

Torruella, Chief Judge,
Selya and Boudin, Circuit Judges.

Paul Martin Hualde, Maria Susana Costa De Hualde and Alfredo
Hualde-Redin on brief pro se.
Juan Rafael Gonzalez Munoz on brief for appellee.



Per Curiam. We have reviewed the record and

conclude that plaintiffs' action was properly dismissed for

the reasons stated in the magistrate's report. We briefly

add a few comments.

Plaintiffs are not entitled to the materials sought

under the FOIA because the FOIA does not apply to states or

Puerto Rico. 5 U.S.C. 551(1). The district court did not

have jurisdiction over plaintiffs' action under 12 U.S.C.

632. Diaz v. Pan American Fed. Sav. & Loan Ass'n, 635 F.2d

30 (1st Cir. 1980). Nor did plaintiffs adequately plead any

cause of action under 42 U.S.C. 1985 or Puerto Rico tort

law. We have considered all of plaintiffs' arguments,

including their contentions that they were improperly denied

discovery materials, that the district court abused its

discretion in denying plaintiffs' motion to amend their

complaint, that Judge Pieras' recusal should be effective as

of an earlier date, and that plaintiffs were prejudiced when

the district court adopted the magistrate's report prior to

the date plaintiffs' objections were due, and have found no

merit to the arguments.

Affirmed.